ACCEPTED
12-14-00058-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/2/2015 11:10:27 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/2/2015 11:10:27 AM

CATHY S. LUSK
Clerk

2 JUNE 2015

Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702

**Re:  Cantrell Sash v. State**
**12-14-00058-CR**


Ms. Lusk:

Attached, please find a copy of the letter sent to my client regarding the opinion issued by the Court and the right to file a PDR.

If there is anything else I need to do, please let me know.


Sincerely,


/s/ Austin Reeve Jackson

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *D. Cook*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

*D COOK*

C. Date of Delivery

5-26-15

1. Article Addressed to:

Cantrell Sash
Inmate 01916323
204 FM 3478 Rd
Huntsville, TX 77320

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®
   ☐ Registered
   ☐ Insured Mail
   ☐ Priority Mail Express™
   ☐ Return Receipt for Merchandise
   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
   *(Transfer from service label)*

7012 3460 0002 0690 7557

PS Form **3811**, July 2013      Domestic Return Receipt

21 MAY 2015

Cantrell Sash
Inmate: 01916323
Estelle Unit
264 FM 3478
Huntsville, TX 77320-3320

**Re:  Opinion**

Mr. Sash:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals.  If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion; that is, by June 12, 2015.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,


Austin Reeve Jackson